ACCEPTED
01-15-00159-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/13/2015 3:51:32 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00159-CV

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE FIRST DISTRICT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **BARRY CHRISTOPHER CONNOR** | § | **COURT OF APPEALS** |
| **AND** | § | |
| **LYNETTE MARIE CONNOR** | § | **HARRIS COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/13/2015 3:51:32 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF NONSUIT

This Notice of Nonsuit is brought by Barry Christopher Connor. In support, Barry Christopher Connor shows:

Barry Christopher Connor no longer desires to prosecute this suit against Respondent.

Respectfully submitted,

Law Office of Gregory T. Josefsberg
723 Main, Suite 620
Houston, Texas 77002
Tel: (713) 489-5402
Fax: (713) 456-2801

By: _Gregory T. Josefsberg_
Gregory T. Josefsberg
State Bar No. 24035304
Greg@DivorceHoustonTexas.com
Attorney for Barry Christopher Connor

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on August 13, 2015.

_Gregory T. Josefsberg_
Gregory T. Josefsberg
Attorney for Barry Christopher Connor